**REDACTED**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## FORT WAYNE DIVISION

18 MAR 28 PM 4: 48

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **INDICTMENT** |
| | ) | |
| v. | ) | Cause No. 1:18-CR-28 |
| | ) | Violations: 21 U.S.C. § 841(a)(1), |
| BRONTE MILTON | ) | 21 U.S.C. § 856(a)(1) & 18 U.S.C. §2 |
| | ) | 18 U.S.C. § 924(c), and |
| | ) | 21 U.S.C. § 856(a)(2) |

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about October 5, 2017, in the Northern District of Indiana,

### BRONTE MILTON,

defendant herein, did knowingly and intentionally distribute a controlled substance in Schedule I and II, including fentanyl, a Schedule II controlled substance;

All in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2

From on or about October 27, 2017, and continuing until on or about March 8, 2018, in the Northern District of Indiana,

BRONTE MILTON,

defendant herein, did knowingly open, lease, rent, use and maintain a place, namely 2611 Fairfield View Place, Fort Wayne, Indiana, whether permanently or temporarily, for the purpose of distributing a controlled substance, including fentanyl, methamphetamine, and cocaine, all Schedule II Controlled Substances;

All in violation of 21 U.S.C. § 856(a)(1) and 18 U.S.C. § 2.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3

On or about March 8, 2018, in the Northern District of Indiana,

BRONTE MILTON,

defendant herein, did knowingly and intentionally possess with intent to distribute a controlled substance in Schedule I and II, including 5 grams or more of methamphetamine, 28 grams or more of a mixture or substance containing a detectable amount of cocaine base, commonly known as crack, and fentanyl, Schedule II controlled substances;

All in violation of 21 U.S.C. § 841(a)(1).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 4

On or about March 8, 2018, in the Northern District of Indiana,

BRONTE MILTON,

defendant herein, did knowingly possess a firearm in furtherance of a drug trafficking crime for which she may be prosecuted in a court of the United States, that being possession with intent to distribute a controlled substance as alleged in Count 3;

All in violation of 18 U.S.C. § 924(c).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 5

From on or about October 27, 2017, and continuing until on or about March 8, 2018, in the Northern District of Indiana,

BRONTE MILTON,

defendant herein, while managing and controlling a building at 2611 Fairfield View Place, Fort Wayne, Indiana, as an owner, lessee, occupant, and mortgagee, knowingly and intentionally profited from and otherwise made available for use, with and without compensation, said building for the purpose of unlawfully manufacturing, storing, and distributing a controlled substance;

All in violation of 21 U.S.C. § 856(a)(2).

## FORFEITURE ALLEGATIONS

The allegations contained in Counts 1-5 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the statutes listed below.

Upon conviction of the controlled substance offenses alleged in Counts 1, 2, 3, and 5 of this Indictment, the defendant shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation(s), and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation(s).

Upon conviction of the firearms offenses alleged in Count 4 of this Indictment, the defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm(s) and ammunition involved in the commission of the offense(s).

A TRUE BILL

/s/ Foreperson
Foreperson

THOMAS L. KIRSCH II
UNITED STATES ATTORNEY

/s/ Anthony W. Geller
By: Anthony W. Geller
Assistant United States Attorney
E. Ross Adair Federal Bldg. & U.S. Courthouse
1300 S. Harrison Street, Room 3128
Fort Wayne, IN 46802
Telephone: (260) 422-2595
Facsimile: (260) 426-1616
E-mail Address: Anthony.geller@usdoj.gov