UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CAUSE NO.: 1:18-CR-28-TLS-PRC |
| ) | |
| BRONTE MILTON, ) | |
| Defendant. ) | |

**FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE
UPON PLEAS OF GUILTY BY DEFENDANT BRONTE MILTON**

TO:   THE HONORABLE THERESA L. SPRINGMANN,
      UNITED STATES DISTRICT COURT

Upon Defendant Bronte Milton's request to enter pleas of guilty pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter came for hearing before Magistrate Judge Paul R. Cherry, on December 21, 2018, with the consent of Defendant Bronte Milton, counsel for Defendant Bronte Milton, and counsel for the United States of America.

The hearing on Defendant Bronte Milton's pleas of guilty was in full compliance with Rule 11, Federal Rules of Criminal Procedure, before the Magistrate Judge in open court and on the record.

In consideration of that hearing and the statements made by Bronte Milton under oath on the record and in the presence of counsel, the remarks of the Assistant United States Attorney and of counsel for Defendant Bronte Milton,

I FIND as follows:

(1) that Defendant Bronte Milton understands the nature of the charges against her to which the pleas are offered;

(2) that Defendant Bronte Milton understands her right to trial by jury, to persist in her pleas of not guilty, to the assistance of counsel at trial, to confront and cross-examine adverse witnesses, and against compelled self-incrimination;

(3) that Defendant Bronte Milton understands what the maximum possible sentences are, including the effect of the supervised release terms, and Defendant Bronte Milton understands that the sentencing guidelines apply and that the Court may depart from those guidelines under some circumstances;

(4) that the pleas of guilty by Defendant Bronte Milton have been knowingly and voluntarily made and are not the result of force or threats or of promises;

(5) that Defendant Bronte Milton is competent to plead guilty;

(6) that Defendant Bronte Milton understands that her answers may later be used against her in a prosecution for perjury or false statement;

(7) that there are factual bases for Defendant Bronte Milton's pleas; and further,

I RECOMMEND that the Court accept Defendant Bronte Milton's pleas of guilty to the offenses charged in Counts 3 and 4 of the Indictment and that Defendant Bronte Milton be adjudged guilty of the offenses charged in Counts 3 and 4 of the Indictment and have sentences imposed. A Presentence Report has been ordered. Should this Report and Recommendation be accepted and Defendant Bronte Milton be adjudged guilty, a sentencing date before the presiding judge will be set by separate order. Objections to the Findings and Recommendation are waived unless filed and served within fourteen days. 28 U.S.C. § 636(b)(1).

SO ORDERED this 21st day of December, 2018.

s/ Paul R. Cherry
MAGISTRATE JUDGE PAUL R. CHERRY
UNITED STATES DISTRICT COURT

cc:   Honorable Theresa L. Springmann